IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| K. MIZRA LLC,<br><br>  Plaintiff,<br><br>v.<br><br>SILICON MOTION TECHNOLOGY CORPORATION AND SILICON MOTION INC.,<br><br>  Defendants. | §<br>§<br>§<br>§  C.A. No. 2:24-cv-101<br>§<br>§<br>§  JURY TRIAL DEMANDED<br>§<br>§<br>§<br>§<br>§ |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff K. Mizra LLC ("Plaintiff") and Defendants Silicon Motion Technology Corporation and Silicon Motion Inc., ("Defendants") (collectively, the "Parties") respectfully submit this Joint Motion to Stay All Deadlines and Notice of Settlement in the above-styled case.

The Parties show the Court as follows: The Parties have reached a settlement in principle of all matters in controversy, pending documentation, and request the Court stay all deadlines in each of the above-captioned cases, for thirty (30) days pursuant to the Court's Standing Order Regarding Property Notification of Settlement to the Court.

- 2 -

| | |
|---|---|
| Dated: February 21, 2025 | Respectfully submitted, |
| | |
|    */s/ Patrick J. Conroy* |    */s/ G. Blake Thompson* |
| Justin B. Kimble | **G. Blake Thompson** |
| justin@nelbum.com | State Bar No. 24042033 |
| Patrick J. Conroy | Blake@TheMannFirm.com |
| pat@nelbum.com | **MANN | TINDEL | THOMPSON** |
| Ryan P. Griffin | 112 E. Line Street, Suite 304 |
| ryan@nelbum.com | Tyler, Texas 75702 |
| T. William Kennedy, Jr. | |
| bill@nelbum.com | Robert Benson |
| Jonathan H. Rastegar | **BAKER BOTTS LLP** |
| jon@nelbum.com | 101 California Street, Suite 3200 |
| Nelson Bumgardner Conroy PC | San Francisco, CA 94111 |
| 2727 N. Harwood Street | Tel: (415) 291-6200 |
| Suite 250 | Fax: (415) 291-6385 |
| Dallas, TX 75201 | Email: robert.benson@bakerbotts.com |
| | |
| *Attorneys for Plaintiff* | Jeffrey Johnson |
| *K. Mizra LLC* | **BAKER BOTTS LLP** |
| | 910 Louisiana St. |
| | Houston, TX 77002 |
| | Tel: (713) 229-1222 |
| | Fax: (713) 229-7922 |
| | Email: jeffrey.johnson@bakerbotts.com |
| | |
| | **ATTORNEYS FOR DEFENDANTS** |

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for the Plaintiff and Defendants have conferred about the substance of this joint statement.

                                    */s/ G. Blake Thompson*  
                                    **G. Blake Thompson**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel listed above and counsel who are deemed to have consented to electronic service on February 21, 2025.

                                    */s/ G. Blake Thompson*  
                                    **G. Blake Thompson**